# Derrick *v.* Shaneyfelt.

### *Detinue.*

(Decided July 2, 1907. 44 South. 651.)

*Appeal; Decisions Reviewable; Favorable Judgment.*—Where the decision of the lower court is favorable to the party taking the appeal and no objection is taken to the action of the lower court in rendering the judgment, the appeal will be dismissed.

APPEAL from Morgan Circuit Court.

Heard before Hon. W. R. FRANCIS, Special Judge.

Detinue by W. H. Derrick against Richard Shaneyfelt. From judgment for plaintiff, plaintiff appeals. Dismissed.

JOHN R. SAMPLE, and S. A. LYNNE, for appellant.
E. W. GODBEY, and P. M. BRINDLEY, for appellee.

DOWDELL, J.—The appellant was the plaintiff in the court below. The judgment appealed from is in his favor. He can therefore take nothing by this appeal. The judgment entry recites that the verdict of the jury was for the defendant for the property sued for, and assessed the value of each of the animals; but the judgment of the court is in favor of the plaintiff, for the recovery of the property sued for or its alternative value. It is true judgment is rendered against the plaintiff for

[Calhoun County v. Art Metal Construction Co.]

the costs of suit; but no objection seems to have been taken to this in the court below nor is it complained of here. The appeal will be dismissed.

    Dismissed.

    TYSON C. J., and ANDERSON and MCCLELLAN, JJ., concur.